FILED
February 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ____DT____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | **Case No: EP:25-CR-00211-LS** |
| Plaintiff, | § § | **SEALED**<br>**I N D I C T M E N T** |
| v. | § § § | CT 1:21:841(a)(1)-Distribution of a Controlled Substance, Causing Death or |
| ISAIAH RENE ACOSTA, | § § | Serious Bodily Injury; and |
| Defendant. | § § § § | CTS 2 - 3:  21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance. |

THE GRAND JURY CHARGES:

### COUNT ONE

That on or about July 16, 2021, in the Western District of Texas, Defendant,

**ISAIAH RENE ACOSTA,**

knowingly and intentionally distributed a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, and the use of said substance resulted in death and serious bodily injury of A.L.M., in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

That beginning on or about December 1, 2020, and continuing through on or about July 16, 2021, in the Western District of Texas, Defendant,

**ISAIAH RENE ACOSTA,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II

Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

That beginning on or about December 1, 2020, and continuing through on or about July 16, 2021, in the Western District of Texas, Defendant,

**ISAIAH RENE ACOSTA,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney