**FILED**
February 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy Clerk

United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| **United States of America,**<br>    Plaintiff,<br><br>v.<br><br>**ISAIAH RENE ACOSTA,**<br>    Defendant. | **Case No: EP:25-CR-00211-LS** |

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant is charged with Distribution of a Controlled Substance, Causing Death or Serious Bodily Injury.

2. This is a presumption case.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
Phillip Countryman
Assistant U.S. Attorney
Texas Bar#24094380
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884