# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>ISAIAH RENE ACOSTA<br><br><br>*Defendant* | )<br>)<br>) Case No. EP-25-CR-211-LS<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested):* ISAIAH RENE ACOSTA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
CT 1: 21:841(A)(1) - DISTRIBUTION OF A CONTROLLED SUBSTANCE, CAUSING DEATH OR SERIOUS BODILY INJURY.
CTS 2-3: 21:841(A)(1) - POSSESSION OF A CONTROLLED SUBSTANCE W/INTENT TO DISTRIBUTE.

Date: February 5, 2025

City and state: El Paso, Texas

*Eliza Leah H Martinez* (signature)

Philip J. Devlin, Clerk U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print   Save As...   Reset